

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,809-01

**EX PARTE TRAVIS REED, Applicant**

**ON APPLICATION FOR A WRIT OF HABEAS CORPUS**
**CAUSE NO. C-3-W011247-1302271-A**
**IN THE CRIMINAL DISTRICT COURT NUMBER 3**
**OF TARRANT COUNTY**

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of indecency with a child by contact and sentenced to eight years' imprisonment. The Second Court of Appeals affirmed the conviction. *Reed v. State*, No. 02-14-00444-CR (Tex. App.—Fort Worth Aug. 31, 2016) (not designated for publication).

Applicant raises ten grounds alleging ineffective assistance of trial and appellate counsel. After a live hearing, the trial court signed findings of fact and conclusions of law recommending that

relief be denied.

This Court does not adopt the trial court's findings and conclusions relating to Ground 8. Based on the trial court's other findings of fact and conclusions of law, as well as this Court's independent review of the entire record, we deny relief.

Filed: July 3, 2019
Do not publish